**STATE OF MISSOURI**
**DEPARTMENT OF MENTAL HEALTH**
**GRIEVANCE – CONSUMER**

RECEIVED DEC 04 2023 By _____

FACILITY: _____

For alleged violations of consumer rights and privileges other than abuse or neglect

| CONSUMER INVOLVED IN GRIEVANCE | TREATMENT UNIT | DATE |
|---|---|---|
| Daniel Kennemore | | 12-03-2023 |

GRIEVANCE IS BEING FILED BY: ☐ CONSUMER ☐ RELATIVE ☐ EMPLOYEE ☑ OTHER (Explain): Victim of Government & Witches

NAME OF PERSON RECEIVING GRIEVANCE (Please print name and sign): Charles McIntire

DATE RECEIVED: _____   TIME RECEIVED: _____ ☐ A.M. ☐ P.M.

IF FILED BY CONSUMER, PERSON ASSISTING (if any): _____

FACILITY GRIEVANCE CONTACT
NAME: _____
MAIL STOP: _____   PHONE EXT: _____

GRIEVANCE NUMBER(S) (see form): _____

**WHAT IS (ARE) YOUR GRIEVANCE(S)? PLEASE EXPLAIN IN DETAIL (add pages if needed)**

My Bible on CD's that I've had for around 10 years was compensated and taken from me to be labeled on Wednesday Nov 29, 2023. On Thursday, Nov 30, 2023 the SAII Gary Barkhouse told me that my Bible on CD's were being kept and I could only have 2 CD's according to the Privelege Level.

**DESCRIBE YOUR EFFORTS TO RESOLVE THIS INFORMALLY AND THE TEAM'S RESPONSE.**

I called Grievance Officer, Charles McIntire and explained that I have a Constitutional "Right" to my Bible on CD's and that staff is treating my "Right" to have my Bible on CD's as a "Privelege". They set up a system to keep my CD's

**HOW WOULD YOU LIKE THIS GRIEVANCE RESOLVED?**

behind the Nurses Station to be under a Privelege exchange system. Note: Charles please attach the 2 Team requests. Please Honor our past agreements for me to keep my Bible on CD's, see 2 attached Team Request by Kelly Johns and Bill Anderson. Please resolve my Constitutional Right to have my Bible on CD's and return them to me.

SIGNATURE OF GRIEVANT: Daniel Kennemore    DATE: 12-03-2023

**TREATMENT TEAM RESPONSE/RESOLUTION OFFERED**

Number of cd's are limited based on level. All your cd's that are the bible can be kept behind the nurses station and switched out as needed. You can have in your possession the number of cd's allowed based on your level. IE, if you are allowed 2 cd's based on your level, you can switch those two out for two different ones with nursing staff.

TREATMENT TEAM REPRESENTATIVE (PLEASE PRINT): M. Anderson
SIGNATURE OF TREATMENT TEAM REPRESENTATIVE: [signature]
DATE: 12/15/23

**THE ABOVE RESOLUTION WAS EXPLAINED TO ME**

I agree with the above resolution: ☐ Yes ☑ No    If "No," I wish to appeal the above resolution: ☑ Yes ☐ No

SIGNATURE OF GRIEVANT: Daniel Kennemore    DATE: 12-06-2023

**CONSUMER RIGHTS COMMITTEE RESPONSE**

The Rights committee has Reviewed This Grievance and Has Determined That you Have access To your Religious Materials. we Believe the accomidations we are Making go Beyond the Normal Limits on electronic accesories. No Rights Have Been violated No Further appeal

Charles McIntyre  R.I. Chair  12/13/23

| I agree with the above resolution ☐ Yes ☐ No | If "No," I wish to appeal the above resolution ☐ Yes ☐ No |
|---|---|
| SIGNATURE OF GRIEVANT | DATE |

**FACILITY HEAD RESPONSE**

| I agree with the above resolution ☐ Yes ☐ No | If "No," I wish to appeal the above resolution ☐ Yes ☐ No |
|---|---|
| SIGNATURE OF GRIEVANT | DATE |

**DIRECTOR OF FACILITY OPERATIONS RESPONSE**

| I agree with the above resolution ☐ Yes ☐ No | If "No," I wish to appeal the above resolution ☐ Yes ☐ No |
|---|---|
| SIGNATURE OF GRIEVANT | DATE |

**DEPARTMENT OF MENTAL HEALTH DIRECTOR RESPONSE**

ision Made to refer to:

## SMMHC-SORTS TEAM REQUEST

RECEIVED AUG 2 4 2020

Ward: 4-2

Name: Daniel Kennemore        Date: 08-19-2020

Request: To be able to keep my Holy Bible CD set and its case in my room with a guarente that it will Not be confiscated after the case was altered and damaged from a room search by SORTS staff and Security that occurred on Saturday August 1, 2020. If this is agreed upon and honored by all the SORTS staff and Security then I will agree to dismiss my grievence. Thank you, Daniel Kennemore

Team Decision:
✓ Approved*   Comment: per Bill Anderson

*Pending Property/Security approval and/or if required, availability of resident's funds.

___ Denied   Reason:

___ Referred To: _____   RECEIVED AUG 2 5 2020

Reason for Referral:

Team Representative: Melinda L Crower LPC   Date: 8·24·2020

Team Representative: Steve Mink RN   Date: 8·24-2020

### REFERRAL RESPONSE

✗ Approved*   Comment: above description is correct

*Pending Property/Security approval and/or if required, availability of resident's funds.

___ Denied   Reason:

Referral Representative: Bill Anderson VM   Date: 8/25/20

Revised on 08/22/16: slh

Decision made to refer to:
_____
_____
_____

Ward: __B-2__

# SMMHC-SORTS TEAM REQUEST

Name: __Daniel Kennemore__   Date: __1-28-14__

Request: __Request to keep all 62 CD's - in Room.__
_____
_____
_____

Team Decision:
✓ Approved*  Comment: __Keep 62 CD's - Bible__
__Discussed with Property OK -__
_____

*Pending Property/Security approval and/or if required, availability of resident's funds.

___ Denied   **Reason:** _____
_____
_____

___ Referred To: _____

**Reason for Referral:** _____
_____
_____

Team Representative: __Kelly Johns__   Date: __1-28-14__

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## REFERRAL RESPONSE

___ Approved*  Comment: _____
_____
_____

*Pending Property/Security approval and/or if required, availability of resident's funds.

___ Denied   **Reason:** _____
_____
_____

Referral Representative: _____   Date: _____

Revised on 08/16/10: slh

# STATE OF MISSOURI
## DEPARTMENT OF MENTAL HEALTH
### GRIEVANCE – CONSUMER

RECEIVED DEC 26 2023

FACILITY:

For alleged violations of consumer rights and privileges other than abuse or neglect

| CONSUMER INVOLVED IN GRIEVANCE: Daniel Kennemore | TREATMENT UNIT: | DATE: Christmas Eve 12-24-2023 |
|---|---|---|

GRIEVANCE IS BEING FILED BY:
☐ CONSUMER  ☐ RELATIVE  ☐ EMPLOYEE
☑ OTHER (Explain): Victim of Government A Watches

NAME OF PERSON RECEIVING GRIEVANCE (Please print name and sign):

DATE RECEIVED:      TIME RECEIVED:    ☐ A.M. ☐ P.M.

IF FILED BY CONSUMER, PERSON ASSISTING (if any):

FACILITY GRIEVANCE CONTACT
NAME:
MAIL STOP:   PHONE EXT:

GRIEVANCE NUMBER(S) (see form):

**WHAT IS (ARE) YOUR GRIEVANCE(S)? PLEASE EXPLAIN IN DETAIL** (add pages if needed)

The SORTS Staff James Blalock stopped me from Exercising my Religious beliefs by erasing the Christmas Greeting and Scripture Luke 2:10-11 that I wrote on Christmas Eve Celebrating Christmas. Two other residents had writings and drawings up for several days and James Blalock didn't erase theirs but discriminated against me only. My Christmas was ruined by his hate for my religion and my beliefs.

**DESCRIBE YOUR EFFORTS TO RESOLVE THIS INFORMALLY AND THE TEAM'S RESPONSE.**

I told the Nurse Jewell that the U.S. Constitution 1st Amend protects us, by providing Freedom of Religion not Freedom From Religion. I ask to speak to the Nurse Supervisor Kadie but she didn't see me. I called Charles McIntyre.

**HOW WOULD YOU LIKE THIS GRIEVANCE RESOLVED?**

I want staff to get educated about our Constitution Right of Freedom of Religion and to allow us our Religious materials Bible on CD's etc... and let us exercise our Religious Beliefs according to the U.S. Constitution and 42 U.S.C. 2000cc 1-5 RLUIPA Religious Rights Act Instead of Stopping the Free Exercise of Religion.

SIGNATURE OF GRIEVANT: Daniel Kennemore
DATE: Christmas Eve 12-24-2023

**TREATMENT TEAM RESPONSE/RESOLUTION OFFERED**

Chalk Board is a word based resource that we keep religious neutral.

TREATMENT TEAM REPRESENTATIVE (PLEASE PRINT): Bill Anderson
SIGNATURE OF TREATMENT TEAM REPRESENTATIVE: [signature]
DATE: 12/27/23

**THE ABOVE RESOLUTION WAS EXPLAINED TO ME**

I agree with the above resolution   ☐ Yes  ☑ No
If "No," I wish to appeal the above resolution   ☑ Yes  ☐ No

SIGNATURE OF GRIEVANT: Daniel Kennemore
DATE: 12-28-2023

## CONSUMER RIGHTS COMMITTEE RESPONSE

Mr Kunnemore, we are fully aware how much your Christianity means to you & can appreciate your desire to share biblical verses on the ward chalkboard. However, because of the wide range of individuals beliefs, we must keep all chalkboards neutral with regard to religion. We appreciate you understanding this. No right was violated so this ends

| I agree with the above resolution ☐ Yes ☐ No | If "No," I wish to appeal the above resolution ☐ Yes ☐ No |
|---|---|
| SIGNATURE OF GRIEVANT  The appeal process | DATE  Brenda Suft P7 ADV RZ 12-29-2023 |

## FACILITY HEAD RESPONSE

| I agree with the above resolution ☐ Yes ☐ No | If "No," I wish to appeal the above resolution ☐ Yes ☐ No |
|---|---|
| SIGNATURE OF GRIEVANT | DATE |

## DIRECTOR OF FACILITY OPERATIONS RESPONSE

| I agree with the above resolution ☐ Yes ☐ No | If "No," I wish to appeal the above resolution ☐ Yes ☐ No |
|---|---|
| SIGNATURE OF GRIEVANT | DATE |

## DEPARTMENT OF MENTAL HEALTH DIRECTOR RESPONSE